GEORGE SHERWOOD, Respondent, v. HOME SAVINGS BANK OF THE CITY OF ALBANY, Appellant.— Same decision and like cause of action as in companion appeal of *Sherwood* v. *Home Savings Bank of the City of Albany*, decided herewith

(*ante*, p. 784). Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.